ACCEPTED
03-14-00626-CV
4775818
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 3:35:19 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00626-CV

## In the Court of Appeals
## for the Third Judicial District
## Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 3:35:19 PM
JEFFREY D. KYLE
Clerk

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,**
Appellants,

**v.**

**Budget PrePay, Inc.,**
Appellee.

On Appeal from the 126th Judicial District Court
Travis County, Texas

### Appellants' Agreed Status Report and Motion to Abate this Appeal for an Additional Thirty Days

To the Honorable Third Court of Appeals:

1.      On October 3, 2014, Appellants filed their notice of appeal.

2.      On November 14, 2014, Appellants filed an unopposed motion to abate the appeal on the grounds that the case had settled in principle.

3.      On November 20, 2014, the Court granted the motion to abate.

4.     On December 30, 2014, all parties signed a compromise and settlement agreement.

5.     Various issues arose with the settlement, and the parties eventually signed an addendum to the settlement on April 2, 2015. The Comptroller is in the process of issuing a check which will complete the settlemenmt process.

6.     Consequently, Appellants request that this appeal be abated for an additional thirty days, or until May 6, 2015, by which time Appellants anticipate that the settlement will be complete and the appeal will be dismissed.

7.     Counsel for Appellees agrees with the above.

Wherefore, Appellants request that this motion be granted, and that this appeal be abated until May 6, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Defense Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division

/s/ Charles K. Eldred
CHARLES K. ELDRED
Attorney-in-Charge
Financial Litigation, Tax, and Charitable Trusts Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov
*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

I conferred with Anthony Gulotta, counsel for Appellant, and he agrees with the facts stated in this status report and is unopposed to this motion to abate.

/s/ Charles K. Eldred
Charles K. Eldred

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on April 6, 2015, on Anthony Gulotta, counsel for Appellant, at tgulotta@gulottalawgroup.com.

/s/ Charles K. Eldred
Charles K. Eldred